NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STAR FABRICS, INC., a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>E-TEXTILE, a California Corporation, et al.,<br><br>        Defendants. | Case No.  12-CV-00868-JFW-JC<br><br>**ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT AI WISH, a Business Entity of Form Unknown** |

      Plaintiff Star Fabrics, Inc. ("Star"), having commenced this action on or about January 31, 2012 (the "Action") for Copyright infringement and other relief against Defendant AI WISH. ("AI Wish"), pursuant to the Copyright Act, 17 U.S.C. §501, *et seq*., for the reason that AI Wish has engaged in manufacturing, importing, exporting, distributing, offering for sale and/or selling infringing products which Star has identified in its Complaint as infringing the Star Copyrights identified in its Complaint (hereinafter the "Subject Design"); Star having filed for entry of default and default entered on or about  April 30, 2012 against AI Wish for failure to plead or otherwise defend in the Action; and Star

having filed on or about April 27, 2012 a Motion for Default Judgment against AI Wish, seeking statutory damages, attorneys' fees and costs and the entry of a permanent injunction.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**

A default judgment in the amount of $30,000.00 against Defendant AI Wish and in favor of Plaintiff Star.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**, an additional amount of $2,400.00 for attorney fees and $905.27 against Defendant AI Wish and in favor of Plaintiff Star.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED THAT**, AI Wish and its corporate parents, subsidiaries, directors, officers, agents, servants, employees, representatives, confederates, and affiliates and any other persons or entities acting in concert or participation with them, are permanently enjoined and restrained from:

1. Using the Star Copyrights or any substantially similar reproduction, copy or colorable imitation of the Star Copyrights in connection with the manufacture, importation, exportation, trans-shipment, distribution, advertising, promotion, offer for sale and/or sale of apparel or other items that are not the genuine products of Star, or in any manner likely to cause purchasers or prospective purchasers to believe that the Infringing Products are connected with Star, or Star genuine products; and

2. Passing off, inducing, or enabling others to sell or pass off any apparel or other items that are not Star genuine products as and for Star genuine products; and

ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT AI WISH

3. Committing any other acts calculated to cause purchasers or prospective purchasers to believe the Infringing Products are Star genuine products; and

4. Importing, exporting, manufacturing, shipping, delivering, holding for sale, offering for sale, selling, distributing, returning, transferring and/or otherwise moving or disposing of in any manner apparel or other items falsely bearing one or more of Star's Copyrights, or any reproduction, copy, or colorable imitation of same; and

5. Making any representations, orally or in writing, to any member or segment of the public or the business or financial community that they are authorized, licensed or otherwise permitted by Star to import, export, ship, deliver, distribute, offer for sale or sell Star genuine products; and

6. Assisting, aiding, or abetting any other person or business entity, in engaging in or performing any of the activities referred to in the above subparagraphs (1) through (5).

**IT IS FURTHER ORDERED**, that this Court has jurisdiction over the parties, and the subject matter of the Action.

**SO ORDERED, ADJUDGED, AND DECREED.**

Dated: October 26, 2012

_____
Hon. John F. Walter
United States District Court Judge

ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT AI WISH