# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>E-TEXTILE, a California Corporation, et al.,<br><br>Defendants. | Case No.  12-CV-00868-JFW-JC<br><br>**JUDGMENT AGAINST DEFENDANT ONION HEAD FASHION CORPORATION** |

Whereas, Plaintiff Star Fabrics, Inc. ("Star"), having commenced this action for Copyright infringement Defendant ONION HEAD FASHION CORP. ("Onion Head");

Whereas, a default having been entered on or about April 23, 2012 against Defendant Onion Head; and

Whereas, Star having sought a Default Judgment against Defendant Onion Head on the grounds set forth in Star's Motion for Default Judgment:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** for the reasons set forth in the Court's Order of August 29, 2012, Star's claims for

1  statutory damages and attorney's fees is denied, and judgment is hereby entered
2  against Star and in favor of Defendant Onion Head on those claims.
3     **IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED**
4  **THAT** for the reasons set forth in the Court's August 29, 2012 Order, judgment in
5  favor of Star is hereby entered against Defendant Onion Head for costs in the sum
6  of $905.27; and
7     **IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED**
8  **THAT** for the reasons set forth in the Court's August 29, 2012 Order, Defendant
9  Onion Head and it's agents and servants are enjoined from infringing Star's
10 copyright as set forth in United States Copyright Registration VA 1-676-496.
11    **SO ORDERED, ADJUDGED, AND DECREED.**

Dated: October 26, 2012        _____
                                Hon. John F. Walter
                                United States District Court Judge

JUDGMENT AGAINST DEFENDANT ONION HEAD FASHION CORPORATION